**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: PAPESH, PATRICIA A. § | Case No. 08-32771 |
| § | |
| HERZOG, PATRICIA A. § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on November 30, 2008. The undersigned trustee was appointed on November 30, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of           $     29,233.42

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 0.00 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 29,233.42 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 09/29/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,673.34. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,673.34, for a total compensation of $3,673.34. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $188.00, for total expenses of $188.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/23/2010          By:/s/BRADLEY J. WALLER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-32771
Case Name: PAPESH, PATRICIA A.
Trustee Name: BRADLEY J. WALLER

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | BRADLEY J. WALLER | $ 3,673.34 | $ 188.00 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,874.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 8,572.16 | $ 3,694.19 |
| 2 | CHASE BANK USA | $ 37,522.35 | $ 16,170.35 |
| 3 | eCAST Settlement Corporation assignee of HSBC Bank | $ 8,150.03 | $ 3,512.28 |
| 4 | Chase Bank USA, N.A. | $ 774.77 | $ 333.89 |
| 5 | Recovery Management Systems Corporation - Sam's Club | $ 3,145.82 | $ 1,355.70 |
| 6 | Recovery Management Systems Corporation - QCard | $ 709.30 | $ 305.67 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant*                                *Allowed Amt. of Claim   Proposed Payment*

                              N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant*                                *Allowed Amt. of Claim   Proposed Payment*

                              N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-32771
**Case Name:** PAPESH, PATRICIA A.
**Period Ending:** 06/23/10

**Trustee:** (330500) BRADLEY J. WALLER
**Filed (f) or Converted (c):** 11/30/08 (f)
**§341(a) Meeting Date:** 01/05/09
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1115 Galway Rd., Joliet, IL | 400,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 402 Hiauathon 50% ownership, Lake Pelton, WI | 120,000.00 | 120,000.00 | | 29,221.33 | FA |
| 3 | HDTV, Laptop, living room furniture, dining rm s | 5,500.00 | 5,500.00 | DA | 0.00 | FA |
| 4 | Fur, wedding band, movado watch | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 5 | IRA with Edward D. Jones | 180,000.00 | 180,000.00 | DA | 0.00 | FA |
| 6 | 2008 Chevy Impala, 5000 miles | 21,000.00 | 21,000.00 | DA | 0.00 | FA |
| 7 | 2602 Oasis Dr., Plainfield, IL 60586 | 203,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Bank of America | 189.00 | 189.00 | DA | 0.00 | FA |
| 9 | Bank of America Savings Account | 200.00 | 200.00 | DA | 0.00 | FA |
| 10 | Miscellaneous Household Goods | 500.00 | 500.00 | DA | 0.00 | FA |
| 11 | Clothes | 200.00 | 200.00 | DA | 0.00 | FA |
| 12 | Employer provided Term Life Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Term Life Insurance with Primerica | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1999 Toyota Sieanna XLE 135,000 miles | 7,325.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2006 Honda Civic 56,000 miles | 6,425.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 12.09 | Unknown |
| 16 | Assets    Totals (Excluding unknown values) | $946,339.00 | $329,589.00 | | $29,233.42 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2010      **Current Projected Date Of Final Report (TFR):** June 30, 2010

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-32771 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | PAPESH, PATRICIA A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*55-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*8551 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/23/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/21/09 | {2} | Wisconsin River Title Consultants, LLC | per court order of 09/11/2009 | 1110-000 | 29,221.33 | | 29,221.33 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 29,221.64 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.19 | | 29,222.83 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.23 | | 29,224.06 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.23 | | 29,225.29 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.15 | | 29,226.44 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.11 | | 29,227.55 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.31 | | 29,228.86 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.19 | | 29,229.05 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*5565 | Wire out to BNYM account 9200\*\*\*\*\*\*5565 | 9999-000 | -29,229.05 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -29,229.05 | 0.00 | |
| | | | **Subtotal** | | 29,229.05 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$29,229.05** | **$0.00** | |

{} Asset reference(s)

Printed: 06/23/2010 08:21 AM   V.12.08

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-32771 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | PAPESH, PATRICIA A. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******55-65 - Money Market Account |
| Taxpayer ID #: | **-***8551 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/23/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | 9999-000 | 29,229.05 | | 29,229.05 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.40 | | 29,230.45 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.73 | | 29,232.18 |
| 06/23/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 1.24 | | 29,233.42 |
| 06/23/10 | | To Account #9200******5566 | | 9999-000 | | 29,233.42 | 0.00 |
| | | | ACCOUNT TOTALS | | 29,233.42 | 29,233.42 | $0.00 |
| | | | Less: Bank Transfers | | 29,229.05 | 29,233.42 | |
| | | | Subtotal | | 4.37 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4.37 | $0.00 | |

{} Asset reference(s)

Printed: 06/23/2010 08:21 AM   V.12.08

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-32771 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | PAPESH, PATRICIA A. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******55-66 - Checking Account |
| Taxpayer ID #: | **-***8551 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/23/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/10 | | From Account #9200******5565 | | 9999-000 | 29,233.42 | | 29,233.42 |
| | | | ACCOUNT TOTALS | | 29,233.42 | 0.00 | $29,233.42 |
| | | | Less: Bank Transfers | | 29,233.42 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****55-65 | 29,229.05 | 0.00 | 0.00 |
| MMA # 9200-******55-65 | 4.37 | 0.00 | 0.00 |
| Checking # 9200-******55-66 | 0.00 | 0.00 | 29,233.42 |
| | $29,233.42 | $0.00 | $29,233.42 |

{} Asset reference(s)

Printed: 06/23/2010 08:21 AM    V.12.08

| A. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT** | | | | | B. TYPE OF LOAN: | | | |
| | 1. ☐ FHA | 2. ☐ FmHA | 3. ☒ CONV. UNINS. | 4. ☐ VA | 5. ☐ CONV. | | | |
| **SETTLEMENT STATEMENT** | 6. FILE NUMBER: BARW09082470 | | | | 7. LOAN NUMBER: 36790501 | | | |
| | 8. MORTGAGE INS CASE NUMBER: | | | | | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0  3/98  (BARW09082470.PFD/BARW09082470/74)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Todd F. Severson<br>Brooke A. Severson<br>34296 N. Stonebridge Lane<br>Grayslake, IL 60030 | Edward J. Papesh<br>Patricia A. Papesh<br>2045 Aberdeen Ct.<br>Sycamore, IL 60178 | M&I Marshall & Ilsley Bank<br>770 North Water St.<br>Milwaukee, WI 53202 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT D |
|---|---|---|
| 530 E Hiawatha Drive Unit 402<br>Wisconsin Dells, WI 53965<br>Sauk County, Wisconsin<br>Unit 402 Lighthouse Cove Condo<br>146-0790-40200 | Wisconsin River Title Consultants, LLC<br><br>PLACE OF SETTLEMENT<br>408 Linn Street<br>Baraboo, WI 53913 | September 18, 200! |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 95,000.00 | 401. Contract Sales Price | 95,0 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 3,459.28 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes          to | | 406. City/Town Taxes          to | |
| 107. County Taxes             to | | 407. County Taxes             to | |
| 108. Assessments              to | | 408. Assessments              to | |
| 109. September Condo Dues | 10.47 | 409. September Condo Dues | |
| 110. ($290/30x13) | | 410. ($290/30x13) | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | **98,469.75** | **420. GROSS AMOUNT DUE TO SELLER** | **95,0** |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 76,000.00 | 502. Settlement Charges to Seller (Line 1400) | 35,4 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff First Mortgage | |
| 205. | | 505. Payoff Second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes   01/01/09 to 09/18/09 | 1,146.94 | 510. City/Town Taxes   01/01/09 to 09/18/09 | 1,1 |
| 211. County Taxes             to | | 511. County Taxes             to | |
| 212. Assessments              to | | 512. Assessments              to | |
| 213. 08-104500x0.01540798/365x260 | | 513. 08-104500x0.01540798/365x260 | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. Final Water Reading | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | **78,146.94** | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | **36,5** |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 98,469.75 | 601. Gross Amount Due To Seller (Line 420) | 95,0 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 78,146.94) | 602. Less Reductions Due Seller (Line 520) | ( 36,5 |
| **303. CASH ( X FROM ) ( TO ) BORROWER** | **20,322.81** | **603. CASH ( X TO ) ( FROM ) SELLER** | **58,4** |

| | | | | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price | | | | | | 5,995.00 | | |
| *Division of Commission (line 700) as Follows:* | | | | | | | | |
| 701. $ 5,995.00 | to | First Weber Group, Inc. | | | | | | |
| 702. $ | to | First Weber Group, Inc. | | | | | | |
| 703. Commission Paid at Settlement | | | | | | | | 5,9 |
| 704. Transaction Fee | | to | | | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | | | | | |
| 801. Loan Origination Fee | % | to | | | | | | |
| 802. Loan Discount | 0.1300 % | to | M&I Marshall & Ilsley Bank | | | | 95.00 | |
| 803. Appraisal Fee | | to | Nation's Value Service | | | POC:B395.00 | | |
| 804. Credit Report | | to | MDA Lending Solutions, Inc. | | | | 18.46 | |
| 805. Tax Service Fee | | to | First American Real Estate | | | POC:L61.00 | | |
| 806. Flood Determination | | to | First American Flood Data | | | POC:L10.50 | | |
| 807. Processing Fee | | to | M&I Marshall & Ilsley Bank | | | | 795.00 | |
| 808. MERS Fee | | to | Mortgage Electronic Registration | | | | 6.95 | |
| 809. Transcripts | | to | NCS/Central Credit, Inc. | | | | 30.95 | |
| 810. Chase Desk Review | | to | LPS | | | | 95.00 | |
| 811. Application Deposit | | to | M&I Marshall & Ilsley Bank | | | POC:B395.00 | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | | | | | |
| 901. Interest From 09/18/09 to 10/01/09 @ $ | | 10.291500/day | ( 13 days | %) | | | 133.79 | |
| 902. Mortgage Insurance Premium for months to | | | | | | | | |
| 903. Hazard Insurance Premium for | 1.0 years to | Wisconsin Mutual | | | | | 162.00 | |
| 904. Annual Real Estate Taxes | 1.0 years to | Sauk County Treasurer | | | | POC:B223.41 | | |
| 905. | | | | | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | | | | | |
| 1001. Hazard Insurance | | 3.000 | months @ $ | 13.50 per | month | | 40.50 | |
| 1002. Mortgage Insurance | | | months @ $ | per | month | | | |
| 1003. City/Town Taxes | | | months @ $ | per | month | | | |
| 1004. County Taxes | | 12.000 | months @ $ | 134.18 per | month | | 1,610.16 | |
| 1005. Assessments | | | months @ $ | per | month | | | |
| 1006. Annual Real Estate Taxes | | | months @ $ | per | month | | | |
| 1007. | | | months @ $ | per | month | | | |
| 1008. Aggregate Adjustment | | | months @ $ | per | month | | -40.53 | |
| **1100. TITLE CHARGES** | | | | | | | | |
| 1101. Settlement or Closing Fee | | to | Wisconsin River Title Consultants, LLC | | | | 200.00 | |
| 1102. Special Assessment Search | | to | Wisconsin River Title Consultants, LLC | | | | | |
| 1103. Wire Fee | | to | | | | | | |
| 1104. Overnight Fee | | to | Wisconsin River Title Consultants, LLC | | | | 25.00 | |
| 1105. Attorney Fees | | to | Frederick Wesner | | | | | 4 |
| 1106. Transaction Fee | | to | Wisconsin River Title Consultants, LLC | | | | | |
| 1107. Email Fee | | to | Wisconsin River Title Consultants, LLC | | | | 25.00 | |
| *(includes above item numbers:* | | | | | | *)* | | |
| 1108. Title Insurance | | to | Wisconsin River Title Consultants, LLC / agent for Ticor | | | | 200.00 | 4 |
| *(includes above item numbers:* | | | | | | *)* | | |
| 1109. Lender's Coverage | | $ | 76,000.00 | | 200.00 | | | |
| 1110. Owner's Coverage | | $ | 95,000.00 | | 440.00 | | | |
| 1111. Endorsements | | | | | | | | |
| 1112. | | | | | | | | |
| 1113. | | | | | | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | | | | | |
| 1201. Recording Fees: Deed $ | 11.00; Mortgage $ | 51.00; | | Releases $ | | | 62.00 | |
| 1202. City/County Tax/Stamps: Deed | | | ; Mortgage | | | | | |
| 1203. State Tax/Stamps: | Deed | | 285.00; Mortgage | | | | | 2 |
| 1204. Recording Fees | | to | Register of Deeds | | | | | |
| 1205. | | | | | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | | | | | |
| 1301. Survey | | to | | | | | | |
| 1302. Pest Inspection | | to | | | | | | |
| 1303. Payment | | to | Lighthouse Cove Condo Association | | | Unit 402 | | 27,6 |
| 1304. Delinquent Real Estates | | to | Sauk County Treasurer | | | 146-0790-40200 | | 3 |
| 1305. Transfer Fee | | to | Lighthouse Cove Condo Association | | | Unit 402 | | 1 |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | | | | | | | 3,459.28 | 35,4 |

Certified to be a true copy.