# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: PAPESH, PATRICIA A. | § Case No. 08-32771 |
| | § |
| HERZOG, PATRICIA A. | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/20/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/23/2010           By:  /s/BRADLEY J. WALLER
                                         Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: PAPESH, PATRICIA A. § Case No. 08-32771
 §
HERZOG, PATRICIA A. §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 29,233.42 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 29,233.42 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 3,673.34 | $ 188.00 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,874.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 8,572.16 | $ 3,694.19 |
| 2 | CHASE BANK USA | $ 37,522.35 | $ 16,170.35 |
| 3 | eCAST Settlement Corporation assignee of HSBC Bank | $ 8,150.03 | $ 3,512.28 |
| 4 | Chase Bank USA, N.A. | $ 774.77 | $ 333.89 |
| 5 | Recovery Management Systems Corporation - Sam's Club | $ 3,145.82 | $ 1,355.70 |
| 6 | Recovery Management Systems Corporation - QCard | $ 709.30 | $ 305.67 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant   Allowed Amt. of Claim   Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant   Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams              Page 1 of 2              Date Rcvd: Jul 02, 2009
Case: 08-32771                Form ID: ntcftfc7            Total Noticed: 55

The following entities were noticed by first class mail on Jul 04, 2009.
db          +Patricia A. Papesh,    1115 Galway Rd.,    Joliet, IL 60431-8633
aty         +Eric G Zelazny,   Eric Zelazny + Associates, P.C.,     116 N. Chicago Street,    Suite 302,
              Joliet, IL 60432-4293
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
12916695    +Am Hm Mtg,    3 Ada,    Irvine, CA 92618-2304
12916697    +Bally Total Fitness,    12440 E Imperial Hwy #30,    Norwalk, CA 90650-3177
12916698    +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
12916699    +Bp/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
12916708    +Chase Mtg,   10790 Rancho Berna,    San Diego, CA 92127-5705
12916709    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
12916710     Citi,   P.O. Box 6500,    Sioux Falls, SD 57117-6500
12916713    +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
12916714    +Countrywide,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
12916715    +Credit Concepts Inc,    3444 Harry S Truman Blvd,    Saint Charles, MO 63301-4046
12916718     Discovr Cd,    Po Box15316,    Wilmington, DE 19850-5316
12916727    +GMAC,   P.O. Box 2182,    Greeley, CO 80632-2182
12916721    +Gemb/Kirkln,    Po Box 981400,    El Paso, TX 79998-1400
12916728    +Gmac,   P.O. Box 2150,    Greeley, CO 80632-2150
12916729    +Healthcare Assoc Cr Un,     1151 E Warrenville Rd,    Naperville, IL 60563-9415
12916732    +Hlthcare Cu,    1151 E Warrenville,    Naperville, IL 60563-9339
12916741    +Modern Woman,    Po Box 848999,    Hollywood, FL 33084-0999
12916742    +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
12916744    +Peoples United Bank,    850 Main St,    Bridgeport, CT 06604-4904
12916745    +Prov Bncrp,    Po Box 9180,    Pleasanton, CA 94566-9180
12916746    +Pvdn Bncrp,    Po Box 9180,    Pleasanton, CA 94566-9180
12916747    +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
12916749    +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
12916751    +Sears/Cbsd,    8725 W Sahara Ave,    The Lakes, NV 89163-0001
12916750    +Sears/Cbsd,    8725 W Sahara Ave Mc 02/02/03,    The Lakes, NV 89163-0001
12916752    +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
12916754    +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12916757     Washington Mutual Fa,    Po Box 1093,    Northridge, CA 91328
12916758    +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
12916760    +Wffnatlbnk,    Po Box 94498,    Las Vegas, NV 89193-4498
12916761    +Wshngtn Mutl,   7757 Bayberry Rd,    Jacksonville, FL 32256-6816

The following entities were noticed by electronic transmission on Jul 02, 2009.
12916694     +EDI: RMSC.COM Jul 02 2009 20:13:00       Abt Tv/Gemb,   Po Box 981439,    El Paso, TX 79998-1439
12916696     +EDI: AGFINANCE.COM Jul 02 2009 20:13:00       American General Finan,    600 N Royal Ave,
               Evansville, IN 47715-2612
12916696     +E-mail/PDF: CBP@AGFINANCE.COM Jul 03 2009 01:43:48       American General Finan,    600 N Royal Ave,
               Evansville, IN 47715-2612
12916698     +EDI: BANKAMER2.COM Jul 02 2009 20:13:00       Bank Of America,    Pob 17054,
               Wilmington, DE 19884-0001
12916700     +EDI: CAPITALONE.COM Jul 02 2009 20:13:00       Cap One,    Po Box 85520,   Richmond, VA 23285-5520
12916702     +EDI: CHASE.COM Jul 02 2009 20:13:00       Chase,    201 N Walnut Street,   Wilmington, DE 19801-2920
12916701     +EDI: CHASE.COM Jul 02 2009 20:13:00       Chase,    Bank One Card Serv 800 Brooksedge Blv,
               Westerville, OH 43081-2822
12916703     +EDI: CHASE.COM Jul 02 2009 20:13:00       Chase,    800 Brooksedge Blvd,
               Westerville, OH 43081-2822
12916707     +EDI: CHASE.COM Jul 02 2009 20:13:00       Chase,    4915 Independence Pkwy,    Tampa, FL 33634-7518
12916710      EDI: CITICORP.COM Jul 02 2009 20:13:00       Citi,    P.O. Box 6500,   Sioux Falls, SD 57117-6500
12916709     +EDI: CITICORP.COM Jul 02 2009 20:13:00       Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
12916716     +EDI: DISCOVER.COM Jul 02 2009 20:13:00       Discover Fin,    Pob 15316,   Wilmington, DE 19850
12916719     +EDI: CHASE.COM Jul 02 2009 20:13:00       First Usa Bank N A,    1001 Jefferson Plaza,
               Wilmington, DE 19801-1493
12916727     +EDI: GMACFS.COM Jul 02 2009 20:13:00       GMAC,    P.O. Box 2182,   Greeley, CO 80632-2182
12916720     +EDI: RMSC.COM Jul 02 2009 20:13:00       Gemb/Jcp,    Po Box 981402,   El Paso, TX 79998-1402
12916722     +EDI: RMSC.COM Jul 02 2009 20:13:00       Gemb/L & T,    Po Box 981400,   El Paso, TX 79998-1400
12916724     +EDI: RMSC.COM Jul 02 2009 20:13:00       Gemb/Lnt,    Po Box 981400,   El Paso, TX 79998-1400
12916725     +EDI: RMSC.COM Jul 02 2009 20:13:00       Gemb/Qvc,    Po Box 981127,   El Paso, TX 79998-1127
12916726     +EDI: RMSC.COM Jul 02 2009 20:13:00       Gemb/Sams Club,    Po Box 981400,    El Paso, TX 79998-1400
12916728     +EDI: GMACFS.COM Jul 02 2009 20:13:00       Gmac,    P.O. Box 2150,   Greeley, CO 80632-2150
12916733     +EDI: HFC.COM Jul 02 2009 20:13:00       Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
12916736     +EDI: HFC.COM Jul 02 2009 20:13:00       Hsbc/Carsn,    Pob 15521,   Wilmington, DE 19850-5521
12916737     +EDI: HFC.COM Jul 02 2009 20:13:00       Hsbc/Menards,    Pob 15521,   Wilmington, DE 19850-5521
12916738     +EDI: HFC.COM Jul 02 2009 20:13:00       Hsbc/Rs,    90 Christiana Rd,   New Castle, DE 19720-3118
12916739     +EDI: CBSKOHLS.COM Jul 02 2009 20:13:00       Kohls/Chase,    N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-5660
12916740     +EDI: TSYS2.COM Jul 02 2009 20:13:00       Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
12916756      EDI: FUNB.COM Jul 02 2009 20:13:00       Wachovia Bank Na/Ftu,    Po Box 3117,
               Winston Salem, NC 27102
                                                                                              TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12916704*   +Chase,    Bank One Card Serv 800 Brooksedge Blv,    Westerville, OH 43081-2822
12916705*   +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12916706*   +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12916711*   +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12916712*   +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
12916717*  ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
            (address filed with court: Discover Fin,    Pob 15316,    Wilmington, DE 19850)
```

```
District/off: 0752-1            User: dwilliams              Page 2 of 2                  Date Rcvd: Jul 02, 2009
Case: 08-32771                  Form ID: ntcftfc7            Total Noticed: 55

             ***** BYPASSED RECIPIENTS (continued) *****
12916723*        Gemb/L&T,     Po Box 981400,    El Paso, TX 79998-1400
12916730*       +Healthcare Assoc Cr Un,    1151 E Warrenville Rd,    Naperville, IL 60563-9415
12916731*       +Healthcare Assoc Cr Un,    1151 E Warrenville Rd,    Naperville, IL 60563-9415
12916734*       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12916735*       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12916743*       +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
12916748*       +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
12916753*       +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
12916755*       +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12916759*       +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
                                                                                               TOTALS: 0, * 16
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2009              Signature:    _Joseph Speetjens_

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dwilliams               Page 1 of 2                   Date Rcvd: Jul 29, 2010
Case: 08-32771                 Form ID: pdf006               Total Noticed: 60


The following entities were noticed by first class mail on Jul 31, 2010.
db           +Patricia A. Papesh,    1115 Galway Rd.,    Joliet, IL 60431-8633
aty          +Eric G Zelazny,    Eric Zelazny + Associates, P.C.,    116 N. Chicago Street,    Suite 302,
               Joliet, IL 60432-4293
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
12916695     +Am Hm Mtg,    3 Ada,    Irvine, CA 92618-2304
12916697     +Bally Total Fitness,    12440 E Imperial Hwy #30,    Norwalk, CA 90650-3177
12916698     +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
12916699     +Bp/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
14176418     +CHASE BANK USA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
12916745    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:   Prov Bncrp,    Po Box 9180,    Pleasanton, CA 94566)
12916746    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:   Pvdn Bncrp,    Po Box 9180,    Pleasanton, CA 94566)
12916757    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:   Washington Mutual Fa,    Po Box 1093,    Northridge, CA 91328)
12916700     +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
12916702     +Chase,    201 N Walnut Street,    Wilmington, DE 19801-2920
12916703     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12916701     +Chase,    Bank One Card Serv 800 Brooksedge Blv,    Westerville, OH 43081-2822
12916707     +Chase,    4915 Independence Pkwy,    Tampa, FL 33634-7518
14275339     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
12916708     +Chase Mtg,    10790 Rancho Berna,    San Diego, CA 92127-5705
12916709     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12916710      Citi,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
12916713     +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
12916714     +Countrywide,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
12916715     +Credit Concepts Inc,    3444 Harry S Truman Blvd,    Saint Charles, MO 63301-4046
12916719     +First Usa Bank N A,    1001 Jefferson Plaza,    Wilmington, DE 19801-1493
12916727     +GMAC,    P.O. Box 2182,    Greeley, CO 80632-2182
12916729     +Healthcare Assoc Cr Un,    1151 E Warrenville Rd,    Naperville, IL 60563-9415
12916732     +Hlthcare Cu,    1151 E Warrenville,    Naperville, IL 60563-9339
12916733     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12916736     +Hsbc/Carsn,    Pob 15521,    Wilmington, DE 19850-5521
12916737     +Hsbc/Menards,    Pob 15521,    Wilmington, DE 19850-5521
12916738     +Hsbc/Rs,    90 Christiana Rd,    New Castle, DE 19720-3118
12916740     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
12916741     +Modern Woman,    Po Box 848999,    Hollywood, FL 33084-0999
12916744     +Peoples United Bank,    850 Main St,    Bridgeport, CT 06604-4904
12916747     +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
12916751     +Sears/Cbsd,    8725 W Sahara Ave,    The Lakes, NV 89163-0001
12916750     +Sears/Cbsd,    8725 W Sahara Ave Mc 02/02/03,    The Lakes, NV 89163-0001
12916749     +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
12916752     +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
12916754     +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12916756    ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
             (address filed with court:   Wachovia Bank Na/Ftu,    Po Box 3117,    Winston Salem, NC 27102)
12916758     +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
12916760     +Wffnatlbnk,    Po Box 94498,    Las Vegas, NV 89193-4498
12916761     +Wshngtn Mutl,    7757 Bayberry Rd,    Jacksonville, FL 32256-6816
14195465      eCAST Settlement Corporation assignee of HSBC Bank,    Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Jul 29, 2010.
12916694     +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2010 01:34:54      Abt Tv/Gemb,    Po Box 981439,
               El Paso, TX 79998-1439
12916696     +E-mail/PDF: CBP@AGFINANCE.COM Jul 30 2010 01:33:06      American General Finan,    600 N Royal Ave,
               Evansville, IN 47715-2612
14141425      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 30 2010 01:32:24      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
12916716      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 30 2010 01:32:24      Discover Fin,    Pob 15316,
               Wilmington, DE 19850
12916718      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 30 2010 01:32:24      Discovr Cd,    Po Box15316,
               Wilmington, DE 19850-5316
12916720     +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2010 01:34:54      Gemb/Jcp,    Po Box 981402,
               El Paso, TX 79998-1402
12916721     +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2010 01:34:54      Gemb/Kirkln,    Po Box 981400,
               El Paso, TX 79998-1400
12916722     +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2010 01:34:55      Gemb/L & T,    Po Box 981400,
               El Paso, TX 79998-1400
12916724     +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2010 01:34:54      Gemb/Lnt,    Po Box 981400,
               El Paso, TX 79998-1400
12916725     +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2010 01:34:55      Gemb/Qvc,    Po Box 981127,
               El Paso, TX 79998-1127
12916726     +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2010 01:34:54      Gemb/Sams Club,    Po Box 981400,
               El Paso, TX 79998-1400
12916739     +E-mail/PDF: cr-bankruptcy@kohls.com Jul 30 2010 01:33:06      Kohls/Chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
```

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                   Date Rcvd: Jul 29, 2010
Case: 08-32771                Form ID: pdf006              Total Noticed: 60

The following entities were noticed by electronic transmission (continued)
12916742      +E-mail/Text: bankrup@nicor.com                                        Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
14485477      +E-mail/PDF: rmscedi@recoverycorp.com Jul 30 2010 01:35:10
               Recovery Management Systems Corporation,     For GE Money Bank,    dba SAM'S CLUB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14485482      +E-mail/PDF: rmscedi@recoverycorp.com Jul 30 2010 01:35:10
               Recovery Management Systems Corporation,     For GE Money Bank,    dba QCARD,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Frederick L Wesner
12916704*     +Chase,   Bank One Card Serv 800 Brooksedge Blv,    Westerville, OH 43081-2822
12916705*     +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
12916706*     +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
12916711*     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
12916712*     +Citi,   Pob 6241,    Sioux Falls, SD 57117-6241
12916717*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
              (address filed with court: Discover Fin,     Pob 15316,    Wilmington, DE 19850)
12916723*      Gemb/L&T,    Po Box 981400,   El Paso, TX 79998-1400
12916730*     +Healthcare Assoc Cr Un,    1151 E Warrenville Rd,    Naperville, IL 60563-9415
12916731*     +Healthcare Assoc Cr Un,    1151 E Warrenville Rd,    Naperville, IL 60563-9415
12916734*     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12916735*     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12916743*     +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
12916748*     +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
12916753*     +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
12916755*     +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12916759*     +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
12916728    ##+Gmac,   P.O. Box 2150,   Greeley, CO 80632-2150
                                                                                          TOTALS: 1, * 16, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2010**              **Signature:** *Joseph Speetjens*