**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: PAPESH, PATRICIA A.　　　　　　　　　　　Case No. 08-32771
　　　　HERZOG, PATRICIA A.
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
_____,
　　　　　　　Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $826,339.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $25,372.08 | Claims Discharged Without Payment: $33,502.35 |
| Total Expenses of Administration: $3,861.34 | |

　　　3) Total gross receipts of $   29,233.42   (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $.    0.00    (see **Exhibit 2**), yielded net receipts of $29,233.42
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,861.34 | 3,861.34 | 3,861.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 58,874.43 | 58,874.43 | 25,372.08 |
| TOTAL DISBURSEMENTS | $0.00 | $62,735.77 | $62,735.77 | $29,233.42 |

4) This case was originally filed under Chapter 7 on November 30, 2008. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2010        By: /s/BRADLEY J. WALLER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 402 Hiauathon 50% ownership, Lake Pelton, WI | 1110-000 | 29,221.33 |
| Interest Income | 1270-000 | 12.09 |
| **TOTAL GROSS RECEIPTS** | | **$29,233.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 3,673.34 | 3,673.34 | 3,673.34 |
| BRADLEY J. WALLER | 2200-000 | N/A | 188.00 | 188.00 | 188.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,861.34 | 3,861.34 | 3,861.34 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | N/A | 8,572.16 | 8,572.16 | 3,694.19 |
| 2 | CHASE BANK USA | 7100-000 | N/A | 37,522.35 | 37,522.35 | 16,170.35 |
| 3 | eCAST Settlement Corporation assignee of HSBC Bank | 7100-000 | N/A | 8,150.03 | 8,150.03 | 3,512.28 |
| 4 | Chase Bank USA,N.A. | 7100-000 | N/A | 774.77 | 774.77 | 333.89 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Recovery Management Systems Corporation - Sam's Club | 7100-000 | N/A | 3,145.82 | 3,145.82 | 1,355.70 |
| 6 | Recovery Management Systems Corporation - QCard | 7100-000 | N/A | 709.30 | 709.30 | 305.67 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 58,874.43 | 58,874.43 | 25,372.08 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-32771
Case Name: PAPESH, PATRICIA A.
Period Ending: 11/09/10

Trustee: (330500) BRADLEY J. WALLER
Filed (f) or Converted (c): 11/30/08 (f)
§341(a) Meeting Date: 01/05/09
Claims Bar Date: 09/29/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1115 Galway Rd., Joliet, IL | 400,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 402 Hiauathon 50% ownership, Lake Pelton, WI | 120,000.00 | 120,000.00 | | 29,221.33 | FA |
| 3 | HDTV, Laptop, living room furniture, dining rm s | 5,500.00 | 5,500.00 | DA | 0.00 | FA |
| 4 | Fur, wedding band, movado watch | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 5 | IRA with Edward D. Jones | 180,000.00 | 180,000.00 | DA | 0.00 | FA |
| 6 | 2008 Chevy Impala, 5000 miles | 21,000.00 | 21,000.00 | DA | 0.00 | FA |
| 7 | 2602 Oasis Dr., Plainfield, IL 60586 | 203,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Bank of America | 189.00 | 189.00 | DA | 0.00 | FA |
| 9 | Bank of America Savings Account | 200.00 | 200.00 | DA | 0.00 | FA |
| 10 | Miscellaneous Household Goods | 500.00 | 500.00 | DA | 0.00 | FA |
| 11 | Clothes | 200.00 | 200.00 | DA | 0.00 | FA |
| 12 | Employer provided Term Life Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Term Life Insurance with Primerica | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1999 Toyota Sieanna XLE 135,000 miles | 7,325.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2006 Honda Civic 56,000 miles | 6,425.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 12.09 | FA |
| 16 | Assets    Totals (Excluding unknown values) | $946,339.00 | $329,589.00 | | $29,233.42 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010        **Current Projected Date Of Final Report (TFR):**    July 30, 2010  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-32771 | | Trustee: | BRADLEY J. WALLER (330500) |
| --- | --- | --- | --- | --- |
| Case Name: | PAPESH, PATRICIA A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*55-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*8551 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/21/09 | {2} | Wisconsin River Title Consultants, LLC | per court order of 09/11/2009 | 1110-000 | 29,221.33 | | 29,221.33 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 29,221.64 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.19 | | 29,222.83 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.23 | | 29,224.06 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.23 | | 29,225.29 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.15 | | 29,226.44 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.11 | | 29,227.55 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.31 | | 29,228.86 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.19 | | 29,229.05 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*5565 | Wire out to BNYM account 9200\*\*\*\*\*\*5565 | 9999-000 | -29,229.05 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -29,229.05 | 0.00 | |
| | | | Subtotal | | 29,229.05 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $29,229.05 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-32771 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | PAPESH, PATRICIA A. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******55-65 - Money Market Account |
| Taxpayer ID #: | **-***8551 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | 9999-000 | 29,229.05 | | 29,229.05 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.40 | | 29,230.45 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.73 | | 29,232.18 |
| 06/23/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 1.24 | | 29,233.42 |
| 06/23/10 | | To Account #9200******5566 | | 9999-000 | | 29,233.42 | 0.00 |
| | | | ACCOUNT TOTALS | | 29,233.42 | 29,233.42 | $0.00 |
| | | | Less: Bank Transfers | | 29,229.05 | 29,233.42 | |
| | | | Subtotal | | 4.37 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4.37 | $0.00 | |

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-32771 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | PAPESH, PATRICIA A. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******55-66 - Checking Account |
| Taxpayer ID #: | **-***8551 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/09/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/10 | | From Account #9200******5565 | | 9999-000 | 29,233.42 | | 29,233.42 |
| 08/20/10 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $3,673.34, Trustee Compensation; Reference: | 2100-000 | | 3,673.34 | 25,560.08 |
| 08/20/10 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $188.00, Trustee Expenses; Reference: | 2200-000 | | 188.00 | 25,372.08 |
| 08/20/10 | 103 | DISCOVER BANK | Dividend paid 43.09% on $8,572.16; Claim# 1; Filed: $8,572.16; Reference: | 7100-000 | | 3,694.19 | 21,677.89 |
| 08/20/10 | 104 | CHASE BANK USA | Dividend paid 43.09% on $37,522.35; Claim# 2; Filed: $37,522.35; Reference: | 7100-000 | | 16,170.35 | 5,507.54 |
| 08/20/10 | 105 | eCAST Settlement Corporation assignee of HSBC Bank | Dividend paid 43.09% on $8,150.03; Claim# 3; Filed: $8,150.03; Reference: | 7100-000 | | 3,512.28 | 1,995.26 |
| 08/20/10 | 106 | Chase Bank USA,N.A. | Dividend paid 43.09% on $774.77; Claim# 4; Filed: $774.77; Reference: | 7100-000 | | 333.89 | 1,661.37 |
| 08/20/10 | 107 | Recovery Management Systems Corporation - Sam's Club | Dividend paid 43.09% on $3,145.82; Claim# 5; Filed: $3,145.82; Reference: | 7100-000 | | 1,355.70 | 305.67 |
| 08/20/10 | 108 | Recovery Management Systems Corporation - QCard | Dividend paid 43.09% on $709.30; Claim# 6; Filed: $709.30; Reference: | 7100-000 | | 305.67 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 29,233.42 | 29,233.42 | $0.00 |
| Less: Bank Transfers | 29,233.42 | 0.00 | |
| **Subtotal** | 0.00 | 29,233.42 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $29,233.42 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****55-65 | 29,229.05 | 0.00 | 0.00 |
| MMA # 9200-******55-65 | 4.37 | 0.00 | 0.00 |
| Checking # 9200-******55-66 | 0.00 | 29,233.42 | 0.00 |
| | $29,233.42 | $29,233.42 | $0.00 |

{} Asset reference(s)

Printed: 11/09/2010 11:00 AM    V.12.54